NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7119

TERRY L. CRAWFORD,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 05-0780, Chief Judge William P. Greene, Jr.

ON MOTION

<u>O R D E R</u>

Upon consideration of Terry L. Crawford's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1)     The motion is granted.

(2)     Each side shall bear its own costs.

FOR THE COURT

NOV 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Kenneth M. Carpenter, Esq.
        Meredyth Cohen Havasy, Esq.
s20

ISSUED AS A MANDATE:     NOV 3 0 2009

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 3 0 2009

JAN HORBALY
CLERK